AARON D. FORD
  Attorney General
GERRI LYNN HARDCASTLE (Bar No. 13142)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1215
Fax: (775) 684-1108
GHardcastle@ag.nv.gov
*Attorney for Respondents*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOIVAE FLEMING,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN HUTCHISON, *et al.*,<br><br>Respondents. | Case No. 2:20-cv-01983-CDS-EJY<br><br>ORDER GRANTING **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS (FIRST REQUEST)**<br>[ECF No. 25] |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby move this Court for an enlargement of time of sixty days, or up to and including Tuesday, October 25, 2022, to file and serve their response to Petitioner Boviae Fleming's (Fleming) first amended petition for writ of habeas corpus at ECF No. 22.

This motion is based on the provisions of Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers and pleadings on file herein.

This is Respondents' first request for an enlargement of time to file and serve their response to Fleming's petition. Respondents make this motion in good faith and not for the purpose of unnecessary delay.

RESPECTFULLY SUBMITTED this 24th day of August, 2022.

                        AARON D. FORD
                        Attorney General

                        By:   /s/ Gerri Lynn Hardcastle
                              GERRI LYNN HARDCASTLE (Bar No. 13142)
                              Deputy Attorney General

AARON D. FORD
   Attorney General
GERRI LYNN HARDCASTLE (Bar No. 13142)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1215
Fax: (775) 684-1108
GHardcastle@ag.nv.gov
*Attorney for Respondents*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOIVAE FLEMING,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN HUTCHISON, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-01983-CDS-EJY<br><br>**DECLARATION OF COUNSEL (IN SUPPORT OF RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS (FIRST REQUEST)** |

    I, Gerri Lynn Hardcastle, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

    1.    I am a Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Post-Conviction Division. I am the deputy assigned to represent Respondents, and I make this declaration in support of Respondents' motion for enlargement of time, first request.

    2.    Through this motion, I am requesting an enlargement of time of sixty days, or up to and including Tuesday, October 25, 2022, to file and serve my clients' response to Fleming's first amended petition for writ of habeas corpus at ECF No. 22 This is Respondents' first request for an enlargement of time to respond, and the response is currently due on August 26, 2022.

    3.    I need additional time to prepare the response because I do not yet have an index of the state court record. The support staff who prepare the record are currently undermanned and have not had the opportunity to pull and index the necessary records. I require the full, complete index before I file my response. In order to provide my staff sufficient time to pull the full record, and to allow me

///

sufficient time to review the same and prepare my response, I request sixty days, or up to and including Tuesday, October 25, 2022, to file my response.

4. Earlier today I exchanged emails with Jonathan Kirshbaum, the Assistant Federal Public Defender representing Fleming, and I asked him if he objects to the proposed enlargement. Mr. Kirshbaum said he has no objection.

5. I make this motion in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

6. Pursuant to 28 U.S.C. § 1746, I hereby certify, under penalty of perjury, that the foregoing is true and correct.

EXECUTED this 24th day of August, 2022.

By: /s/ Gerri Lynn Hardcastle
GERRI LYNN HARDCASTLE (Bar No. 13142)
Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated this 12th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE