UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOIVAE FLEMING,<br><br>            Petitioner<br>v.<br><br>WARDEN HUTCHINSON, *et al.*,<br><br>            Respondents | Case No. 2:20-cv-01983-CDS-EJY<br><br>Order Granting Unopposed Motion for Enlargement of Time to Respond to First Amended Petition<br><br>[ECF No. 28] |

This habeas matter is before the Court on Respondents' Unopposed Motion for Enlargement of Time to Respond to First Amended Petition for Writ of Habeas Corpus (Second Request) ("Motion") [ECF No. 28]. Good cause appearing, **IT IS HEREBY ORDERED** that Respondents' motion **[ECF No. 28] is GRANTED**. Respondents have until December 9, 2022, to answer or otherwise respond to the first amended habeas corpus petition.

DATED: November 4, 2022

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE