UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Boivae Fleming,<br><br>        Petitioner<br><br>    v.<br><br>Hutchinson, et al.,<br><br>        Respondents | Case No. 2:20-cv-01983-CDS-EJY<br><br>**Order Granting Petitioner's<br>Motion to Reopen**<br><br>[ECF No. 47] |

Petitioner Boivae Fleming has filed an unopposed motion to reopen in this habeas matter. ECF No. 47. Fleming challenges a 2014 judgment of conviction and sentence imposed in the Eighth Judicial District Court. I granted Fleming's motion to stay pending exhaustion of Claim Six in state court. ECF No. 46. Fleming now moves to reopen these federal habeas proceedings, to dismiss Claim Six, and to proceed on the remaining claims in his amended petition. ECF No. 47. As noted, his motion is unopposed. Accordingly,

IT IS THEREFORE ORDERED that Fleming's unopposed motion to reopen **[ECF No. 47] is granted**. The stay is lifted, and the Clerk of the Court is directed to reopen this case.

IT IS FURTHER ORDERED that Claim Six is dismissed without prejudice as unexhausted, at Fleming's request.

IT IS FURTHER ORDERED that respondents will have 60 days to answer the remaining claims of the amended petition in this case.

IT IS FURTHER ORDERED that Fleming will have 60 days following service of the answer to file and serve a reply brief.

IT IS FURTHER ORDERED that any additional state court record and related exhibits must be filed in accordance with LR IA 10-3, LR IC 2-2, and LSR 3-3 and include a separate index identifying each additional exhibit by number or letter. The index must be filed in CM/ECF's document upload screen as the base document to receive the base docket number (e.g., ECF No. 10). Each exhibit will then be filed as "attachments" to the base document—the index—to

receive a sequenced sub-docket number (e.g., Exhibit A (ECF No. 10-1), Exhibit B (ECF No. 10-2), Exhibit C (ECF No. 10-3), and so forth). If the exhibits will span more than one filing, the base document in each successive filing must be either a copy of the index or volume cover page. *See* LR IC 2-2(a)(3)(A).

       IT IS FURTHER ORDERED that all other instructions set forth in the Court's July 2, 2021, order remain in effect.

       Dated: July 30, 2024

_____
Cristina D. Silva
United States District Judge