UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Boivae Fleming,

        Petitioner

v.

Hutchinson, et al.,

        Respondents

Case No. 2:20-cv-01983-CDS-EJY

**Order Granting Respondents' Motion to Extend**

[ECF No. 51]

In this habeas corpus action, respondents move for an extension of time to file their answer. ECF No. 51. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that respondents' first unopposed motion for extension of time **[ECF No. 51] is granted**. The respondents have until November 25, 2024, to file their answer.

Dated: October 7, 2024

_____
Cristina D. Silva
United States District Judge