# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Boivae Fleming,<br><br>               Petitioner<br><br>v.<br><br>Hutchison, et al.,<br><br>               Respondents | Case No. 2:20-cv-01983-CDS-EJY<br><br>Order Granting Respondents' Unopposed Motion for Enlargement of Time to Respond to the Remaining Grounds of the First Amended Petition (Second Request)<br><br>[ECF No. 54] |

In this habeas corpus action, the respondents move for an extension of time to file their answer to the remaining claims in the first amended petition. ECF No. 54. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that the respondents' unopposed motion for enlargement of time to answer the remaining claims in the first amended petition (second request) **[ECF No. 54] is granted.** The respondents have until December 16, 2024, to file their answer.

Dated: November 27, 2024

_____
Cristina D. Silva
United States District Judge