## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Boivae Fleming,

               Petitioner

v.

Hutchison, et al.,

               Respondents

Case No. 2:20-cv-01983-CDS-EJY

**Order Granting Respondents' Motion for Leave to File an Amended Answer**

[ECF No. 61]

     In this habeas corpus action, the respondents filed a request for leave to file an amended answer to the first-amended petition. ECF No. 61. Petitioner has filed no objection to the motion and the time to do so has expired.

     It is therefore ordered that the respondents' motion for leave to file an amended answer **[ECF No. 61] is granted** and the Clerk of Court is kindly directed to file the amended answer (ECF No. 61-1).

     It is further ordered that petitioner has until March 14, 2025, to file a reply in response to the amended answer. *See* ECF No. 14.

     Dated: February 28, 2025

_____
Cristina D. Silva
United States District Judge