UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Boivae Fleming,

        Petitioner

v.

Warden Hutchinson, et al.,

        Respondents

Case No. 2:20-cv-01983-CDS-EJY

**Order Granting Fleming's Motion to Reconsider**

[ECF Nos. 64, 65]

        In March 2025, I granted the respondents' request for leave to file an amended answer to the first-amended petition and instructed petitioner Boivae Fleming to file his reply no later than March 14, 2025. ECF No. 62. Fleming requests that I reconsider the deadline to file his reply based on the July 30, 2024, scheduling order allowing for sixty days from the date of service of the answer to reply. In the alternative, he requests that I grant an extension of time to file his reply. ECF No. 65. I grant Fleming's motion to reconsider and vacate the portion of the order instructing petitioner to file his reply on March 14, 2025.

        I therefore order that petitioner Boivae Fleming's motion to reconsider **[ECF No. 64] is granted**. Fleming has until April 29, 2025, to file his reply.

        I further order that Fleming's motion to extend **[ECF No. 65] is denied as moot**.

Dated: April 4, 2025

_____
Cristina D. Silva
United States District Judge