# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Boivae Fleming, | Case No. 2:20-cv-01983-CDS-EJY |
| Petitioner | **Order Granting the Petitioner's Motion to Extend** |
| v. | |
| Warden Hutchinson, et al., | [ECF No. 67] |
| Respondents | |

In this habeas corpus action, petitioner Boivae Fleming moves for an extension of time to file his reply. ECF No. 67. I find that the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Fleming's first unopposed motion for extension of time **[ECF No. 67] is granted**. Fleming has until July 28, 2025, to file his reply.

Dated: May 9, 2025

_____
Cristina D. Silva
United States District Judge