UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Boivae Fleming, | Case No. 2:20-cv-01983-CDS-EJY |
| Petitioner | **Order Granting Petitioner's Motion to Extend** |
| v. | |
| Hutchinson, et al., | [ECF No. 69] |
| Respondents | |

In this habeas corpus action, petitioner Boivae Fleming moves for an extension of time to file his reply. ECF No. 69. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Fleming's second unopposed motion for extension of time **[ECF No. 69] is granted**. Fleming has until September 26, 2025, to file his reply.

Dated: August 13, 2025

_____
Cristina D. Silva
United States District Judge