UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Boivae Fleming, | Case No. 2:20-cv-01983-CDS-EJY |
| Petitioner | **Order Granting the Petitioner's Motions to Extend** |
| v. | |
| Hutchinson, et al., | [ECF Nos. 72, 73] |
| Respondents | |

In this habeas corpus action, petitioner Boivae Fleming moves for an extension of time to file his reply. ECF Nos. 72, 73. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that Fleming's third unopposed motion for extension of time **[ECF No. 72] is granted** nunc pro tunc.

It is further ordered that Fleming's fourth unopposed motion for extension of time **[ECF No. 73] is granted**. Fleming has until November 10, 2025, to file his reply.

Dated: November 5, 2025

_____
Cristina D. Silva
United States District Judge